# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2024-1085
Lower Tribunal No. 21CF006460AOR

_____

WILLIAM BULLOCK,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal from the Circuit Court for Orange County.
Wayne C. Wooten, Judge.

March 27, 2026

PER CURIAM.

AFFIRMED.  *See Avalos v. State*, 419 So. 3d 299, 300 (Fla. 6th DCA 2025) ("[Avalos] argues his sentence . . . is unconstitutional under the United States Supreme Court's recent decision in *Erlinger v. United States*, 602 U.S. 821, 144 S. Ct. 1840, 219 L. Ed. 2d 451 (2024).  We affirm without deciding *Erlinger*'s impact . . . because, even assuming *Erlinger* applies, any error in this case is harmless.").

STARGEL, MIZE and KAMOUTSAS, JJ., concur.

Blair Allen, Public Defender, and A. Victoria Wiggins, Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Richard A. Pallas, Jr., Assistant Attorney General, Daytona Beach, for Appellee.

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF FILED